1
2
3
4
5
6
7
8
**UNITED STATES DISTRICT COURT**

9
**DISTRICT OF NEVADA**

10 DANIEL BAKE,

**ORDER GRANTING**

11          Plaintiff,

12 vs.

STIPULATION FOR
DISMISSAL WITH PREJUDICE

13 NETHANJAH BREITENBACH, et al.

**Case No. 3:23-cv-00192-ART-CLB**

14          Defendants.

15

16 BRIAN JOEL DEBARR,

Case No.  3:23-cv-00199-ART-CLB

17          Plaintiff,

18 vs.

19 NETHANJAH BREITENBACH, et al.

20          Defendants.

21 ROGER W. HULL,

Case No.  3:23-cv-00191-ART-CLB

22          Plaintiff,

23 vs.

24 NETHANJAH BREITENBACH, et al.

25          Defendants.

26
27
28

1

| | |
|---|---|
| DENNIS KEITH KIEREN, JR., | Case No. 3:23-cv-00198-ART-CLB |
| Plaintiff, | |
| vs. | |
| NETHANJAH BREITENBACH, et al. | |
| Defendants. | |
| JOSEPH LUMPKIN, | Case No. 3:23-cv-00197-ART-CLB |
| Plaintiff, | |
| vs. | |
| NETHANJAH BREITENBACH, et al. | |
| Defendants. | |
| DAVID MITCHELL, | Case No. 3:23-cv-00195-ART-CLB |
| Plaintiff, | |
| vs. | |
| NETHANJAH BREITENBACH, et al. | |
| Defendants. | |
| GRADY O. MULLINS, | Case No. 3:23-cv-00193-ART-CLB |
| Plaintiff, | |
| vs. | |
| NETHANJAH BREITENBACH, et al. | |
| Defendants. | |
| DANIEL M. PYNE, | Case No. 3:23-cv-00196-ART-CLB |
| Plaintiff, | |
| vs. | |
| NETHANJAH BREITENBACH, et al. | |
| Defendants. | |

| | |
|---|---|
| 1 JOHN STARK, | Case No. 3:23-cv-00194-ART-CLB |
| 2       Plaintiff, | |
| 3 vs. | |
| 4 NETHANJAH BREITENBACH, et al. | |
| 5       Defendants. | |
| 6 JOSEPH TORRES, JR., | Case No. 3:23-cv-00275-ART-CLB |
| 7       Plaintiff, | |
| 8 vs. | |
| 9 NETHANJAH BREITENBACH, et al. | |
| 10       Defendants. | |
| 11 DONALD A. WEIZENECKER, | Case No. 3:23-cv-00190-ART-CLB |
| 12       Plaintiff, | |
| 13 vs. | |
| 14 NETHANJAH BREITENBACH, et al. | |
| 15       Defendants. | |

16

17     IT IS HEREBY STIPULATED by and between Plaintiffs Daniel Bake, Brian Joel DeBarr, Roger

18 W. Hull, Dennis Keith Kieren, Jr., Joseph Lumpkin, David Mitchell, Grady O. Mullins, Daniel M. Pyne,

19 John Stark, Joseph Torres, Jr., Donald A. Weizenecker, in proper person, and Defendants, by and through

20 counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1   Attorney General, that the above-captioned actions should be dismissed with prejudice, by order of

2   this Court, with each party to bear his own costs.

3

4   DATED this 26 day of September, 2023          DATED this 8 day of September, 2025

5                                                 AARON D. FORD
6                                                 Attorney General
7
8   _DANIEL BAKE_                                 By: _____
9   DANIEL BAKE                                       DOUGLAS R. RANDS, Bar No. 3572
    Plaintiff, *Pro Se*                               Senior Deputy Attorney General
                                                      *Attorneys for Defendants*
10

11

12  DATED this 26 day of September, 2023

13

14  _____
    BRIAN JOEL DEBARR
15  Plaintiff, *Pro Se*

16

17  DATED this 26 day of September, 2023

18

19  _____
    ROGER W. HULL
20  Plaintiff, *Pro Se*

21

22  DATED this 26 day of September, 2023

23

24  _____
    DENNIS KEITH KIEREN, JR.
25  Plaintiff, *Pro Se*

26

27

28
                                    4

1    DATED this 15 day of September, 2023

2

3    _Joseph Lumpkin_
     JOSEPH LUMPKIN
4    Plaintiff, *Pro Se*

5

6    DATED this 26 day of September, 2023

7

8    _David Mitchell_
     DAVID MITCHELL
9    Plaintiff, *Pro Se*

10

11   DATED this 26 day of September, 2023

12

13   _Grady O. Mullins_
     GRADY O. MULLINS
14   Plaintiff, *Pro Se*

15

16   DATED this 26 day of September, 2023

17

18   _Daniel M. Pyne_
     DANIEL M. PYNE
19   Plaintiff, *Pro Se*

20

21   DATED this 20 day of September, 2023

22

23   _John Stark_
     JOHN STARK
24   Plaintiff, *Pro Se*

25

26

27

28

1   DATED this ____ day of September, 2023

2

3   _____
    JOSEPH TORRES, JR.
4   Plaintiff, *Pro Se*

5

6   DATED this 26 day of September, 2023

7

8   _____
    DONALD A. WEIZENECKER
9   Plaintiff, *Pro Se*

10                                      **IT IS SO ORDERED.**

11

12                                      _____

13

14                                      Anne R. Traum
                                        United States District Judge
15

16                                      DATED: September 9, 2025

17

18

19

20

21

22

23

24

25

26

27

28